**Jose Jaime ROSALES–CONTRERAS, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 06–74147.

United States Court of Appeals, Ninth Circuit.

Submitted April 13, 2009.*

Filed April 29, 2009.

Rosaura Del Carmen Rodriguez, Rios Cantor, P.S., Seattle, WA, for Petitioner.

Cindy S. Ferrier, Senior Litigation Counsel, Michele Yvette Frances Sarko, Esquire, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. LeFevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, WWS–District Counsel, Esquire, Immigration and Naturalization Service Office of the District Counsel, Seattle, WA, for Respondent.

Before: GRABER, GOULD, and BEA, Circuit Judges.

MEMORANDUM **

Jose Jaime Rosales–Contreras, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's removal order denying his request for voluntary departure. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review de novo questions of law, *Montero–Martinez v. Ashcroft*, 277 F.3d 1137, 1145 (9th Cir.2002), and we deny the petition for review.

Rosales–Contreras is statutorily ineligible for voluntary departure. *See* 8 U.S.C. § 1229c(c) (voluntary departure is not permitted if the alien was previously permitted to voluntarily depart after having been found inadmissible).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.